UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PRAISE TEMPLE | CIVIL ACTION NO. 22-cv-5343 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| EMPLOYERS MUTUAL CASUALTY CO | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the court is Plaintiff's **Motion to Compel (Doc. 22)**. The motion concerns the discoverability of policy reserves and related information in a case with allegations that the insurer acted in bad faith. Courts are divided over whether such information is relevant and/or protected work product. The undersigned agrees with Judge Cain's decision in <u>Langley v. Allied Trust</u>, 2022 WL 2818966 (W.D. La. 2022). He held that policy reserves are relevant, not privileged, and pose no undue burden on the insurer. Accordingly, Plaintiff's motion is granted in part as to policy reserves and related documentation. However, to the extent that the reserve information was later adjusted based on input from Defendant's trial counsel, that documentation or information may be withheld on the basis of work product. If this is done, Defendant must provide a detailed privilege log. Defendant is ordered to supplement its discovery responses within 14 days of this order.

THUS DONE AND SIGNED in Shreveport, Louisiana on this 30th day of October, 2024.

Mark L. Hornsby
U.S. Magistrate Judge